UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD W MORRISON III and VALERIE PETROFF,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:24-cv-01044=PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  June 13, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE